**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**vs.**                                   **NO. 4:10CR00145-01 GTE**

**ASHLEY NICHOLE PREWITT**

### ORDER AND JUDGMENT

Pending before the Court is the Motion to Revoke Supervised Release filed August 2, 2010.  A hearing was held on September 2, 2010, on the Motion to Revoke at which the Defendant failed to appear.  A Warrant of Arrest was issued in Open Court and the Defendant has been a fugitive since that date until the United States Marshal arrested her on October 5, 2010.  A hearing was held on October 13, 2010, before the Hon. Garnett Thomas Eisele at which the Defendant, Ashley Nichole Prewitt, and her attorney, Latrece Gray, appeared along with Assistant United States Attorney, Jana Harris and U.S. Probation Officer Selina Earas.  The Defendant, Ashley Nichole Prewitt, admitted the violations set forth in the Violation Report and in the Motion to Revoke with the exception of any admissions as to the pending charges.

IT IS THEREFORE ORDERED, that the Motion to Revoke Supervised Release, be and it is hereby, GRANTED.  The Court imposes a sentence of **NINE (9) MONTHS** in the Bureau of Prisons.  The Court further imposes a term of **THREE (3) MONTHS** of supervised release to follow her release from prison to be spent in a **Residential Reentry Facility**.  The Court further recommends that the Defendant participate in residential or non-residential substance abuse treatment and educational and vocational programs during incarceration and during her term of supervised release.

A restitution balance of $11.61 is mandatory and is payable during incarceration at the rate of 50% per month of all funds that are available to her.

All other conditions imposed along with general and standard conditions previously imposed in Defendant's original sentence remain in full force and effect.

IT IS SO ORDERED, this 14th day of October, 2010.


 /s/ Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE